Ricardo garcia- lopez
27 fairway rd Apt 2a
newark de 19711
(302)442-8805

August 28, 2017

Re: Ricardo Garcia-Lopez v G4S Secure Solutions
Civil action No. 1:17-cv-00067-LPS
Our file No . 35638

I, plaintiff Ricardo garcia lopez, would first like to thank The Honorable Leonard P Stark United states district Judge in taking the time to read and review my case . I would like to strongly advise my case not be dismissed for the following reasons

1. For the notice -of right- to -sue -letter I miscalculated the time period due to my son being born premature. I was caring for my newborn and wife for 12 weeks .

2. My only allegation is not that I was the "only employee with a workmans comp case" as the defendant claim . My allegations are that they retaliated because i was the only employe who had a claim . I was also wrongly terminated because I was the only employee terminated for abandoning post while two other officers had abandoned post and they were not terminated.

3. I believe I was discriminated upon based on my race.

4. I believe I should have been protected under the American's with Disability Act.

Furthermore, I was responding to this petition for dismissal because I am handling this case myself without legal representation. I was not made aware there was a deadline to respond to this petition for dismissal.

I urge the honorable Leonard P.Stark United states district judge to Respectfully Decline the defendant's motion to dismiss the case.

Respectfully yours,

*[signature: Ricardo Garcia-Lopez]*

8-29-17

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies were caused to be served this 29th of August 2017, upon the following in the manner indicated:

CHARLES A. McCAULEY III ESQ.
1500 N. FRENCH STREET
2ND FLOOR
WILMINGTON, DE 19801

*Ricardo Garcia-Lopez* (signature)
RICARDO GARCIA-LOPEZ
27 FAIRWAY RD APT #2A
NEWARK, DE 19711

8-29-17